

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 02, 2020

___

**CROSBY & FOX, LLC**
David Crosby, Esq.
Nevada Bar No. 3499
Troy Fox
Nevada Bar No. 11127
601 S. 10th St.
Suite 202
Las Vegas, NV 89101
info@crosby-fox.com
(702) 382-1007

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 20-11544-MKN |
| Frederick Smith, | CH: 13 |
| Debtor | Trustee: Rick A. Yarnall |
| | Hearing Date: April 1, 2020 |
| | Hearing Time: 2:30 p.m. |

### Order On Debtor's Motion To Continue The Automatic Stay

This matter having come before the Court on the above cited date and time, and based upon the pleading and papers on file, oral arguments and for good cause appearing:

THE COURT HEREBY FINDS AND ORDERS:

    1.    The Debtor has shown by Clear and Convincing Evidence that this Bankruptcy has been filed in good Faith in regards to the preset motion only.

    2.    Pursuant to 11 USC 362(c)(3) the stay shall be continued as to all creditors.

1

2  IT IS SO ORDERED

3  **Crosby & Fox**

4  /s/ Troy S. Fox
5  Troy S. Fox
   Nevada Bar No. 11127
6  Attorney For Debtor

Crosby & Fox, LLC
601 S. 10th St., Suite 202, Las Vegas, NV 89101
Ph: (702) 382-1007 Fax (702) 382-1921

-14-

## LR 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

____ The court has waived the requirement of approval under LR 9021.

____ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below

____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__X__ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

/s/ Troy S. Fox

Troy S. Fox, Esq.
Nevada Bar No. 11127
Crosby & Fox, LLC